H. TY KHARAZI, SBN #187894
ty@kharazilaw.com
YARRA, RIVAS, AND ASSOCIATES
2000 Fresno Street, Suite 300
Fresno, CA 93721
Dir. Cell: (559)577-6441
Email:ty@kharazilaw.com

*Attorney for Petitioner*

Michelle Rodriguez, Esq.
Deputy Attorney General
United States Department of Justice.
Robert E. Coyle United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, CA 93721
916-554-2700
Email: Michelle.Rodriguez@usdoj.gov

*Attorney for Respondents*


H. TY KHARAZI, SBN #187894
ty@kharazilaw.com
YARRA, RIVAS, AND ASSOCIATES
2000 Fresno Street, Suite 300
Fresno, CA 93721
Dir. Cell: (559)577-6441
Email:ty@kharazilaw.com

*Attorney for Petitioner*

Michelle Rodriguez, Esq.
Deputy Attorney General
United States Department of Justice.
Robert E. Coyle United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, CA 93721
916-554-2700
Email: Michelle.Rodriguez@usdoj.gov

*Attorney for Respondents*

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF EASTERN CALIFORNIA

| | |
|---|---|
| SAM SARFARZI-ESFAHANI a.k.a SAM BEHPOOR,<br><br>*Petitioner,*<br><br>v.<br><br>RON MURRAY, Warden, Mesa Verde ICE processing center; United States Immigration and Customs Enforcement; TODD M. LYONS, Acting Director, United States Immigration and Customs Enforcement; KRISTI NOEM, Secretary of Homeland Security; PAMELA JO BONDI, United States Attorney General, *in their official capacities*,<br><br>*Respondents.* | **CASE NO.** 1:25-CV-00774-JLT-EPG<br><br>**STIPULATION AND ORDER THEREON REGARDING THE HEARING ON PETITIONER'S TEMPORARY RESTRAINING ORDER.**<br><br>Hearing Date: October 27, 2025<br>Hearing Time: 1:30 p.m.<br>Courtroom. 4<br>Judge: J. Thurston |

1. Whereas Petitioner believes that BIA determination would be beneficial to the court's disposition of this matter.

2. Whereas on September 02, 2025, the Bureau of Immigrations Appeals (BIA) ordered the underlying immigration case for the Petitioner to be re-opened for a new or different determination.

3. Whereas the Parties agree that such determination by BIA will facilitate resolution of the case.

4. This request for rescheduling is made by the petitioner and Petitioner holds the Government harmless from any harm the delay may cause and, through Counsel, waives and discharges any claims against the Government due to this continuance.

5. In order to conserve valuable court resources, the Parties jointly and respectfully request that the court vacate its current hearing date and set a new hearing date proposed below along with a new proposed briefing schedule.

6. The Government has agreed to this continuation request by the Petitioner.

7. Each party may petition the court for an expedited hearing date upon showing of good cause.

8. All other orders not affected by this continuation request shall remain in full force and effect and status quo to be maintained.

9. If the court is unable to accommodate the proposed hearing date, the parties request a hearing date after December 23, 2025 as the court's schedule may allow.

10. The proposed dates are:

    Petitioner's First Amended Complaint to be filed by no later than Dember 8, 2025.

    Respondents' brief to be filed by no later than December 15, 2025.

Reply brief to be filed by no later than December 19, 2025.

Proposed hearing date: December 23, 2025, 1:30 PM Courtroom 4.

The undersigned counsel consents to this stipulation and has been authorized to execute the same in this matter on behave of the Parties we represent.

Dated: September 23, 2025.                                   Dated: September 23, 2025

_____//ss//_____                                   _____//ss//_____
H. Ty Kharazi,                                               Michelle Rodriguez, DAG
Counsel for Petitioner                                       Counsel for the Respondents.

### ORDER

Predicated on Petitioner's request to continue and counsels' agreement thereto, the court hereby vacates the current briefing and hearing schedule and sets forth the following schedule:

| Briefs to be filed | Date to be filed |
| --- | --- |
| Petitioner's First Amended Request | December 8, 2025 |
| Respondents' Response | December 15, 2025 |
| Reply brief | December 19, 2025 |

The hearing shall take place as follows:

Date of hearing:   December 23, 2025
Time of hearing: 1:30 pm
Department:   4, via Zoom (details to be provided)
Judge:         J. Thurston

All other orders issued by the court shall remain in full force and effect. Dated: Sept. 25, 2025.

JENNIFER THURSTON,
UNITED STATES DISTRICT JUDGE`