# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM SARFARZI-ESFAHARI,<br><br>Petitioner,<br><br>v.<br><br>RON MURRAY, et al.,<br><br>Respondents. | Case No. 1:25-cv-00774-JLT-EPG-HC<br><br>ORDER TERMINATING MOTION TO WITHDRAW<br><br>(ECF No. 23) |

On December 5, 2025, attorney H. Ty Kharazi filed a motion to withdraw as attorney of record for Petitioner. (ECF No. 23.) On December 15, 2025, attorney Andres Ortiz filed a notice of appearance on behalf of Petitioner. (ECF No. 25.) On December 22, 2025, the Court directed the attorneys to file a substitution of attorney in compliance with Local Rule 182(g). (ECF No. 27.) On December 26, 2025, Petitioner filed a substitution of attorney, which the Court has approved. (ECF Nos. 29, 34.)

Accordingly, IT IS HEREBY ORDERED that the motion to withdraw as attorney (ECF No. 23) is TERMINATED as moot.

IT IS SO ORDERED.

Dated: __**December 30, 2025**__           /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE