# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM SARFARZI-ESFAHARI,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RON MURRAY, et al.,<br><br>　　　　Respondents. | Case No. 1:25-cv-00774-JLT-EPG-HC<br><br>ORDER REGARDING STIPULATED BRIEFING AND HEARING SCHEDULE<br><br>(ECF No. 30)<br><br>ORDER TERMINATING MOTION FOR TEMPORARY RESTRAINING ORDER<br><br>(ECF No. 4) |

On December 22, 2025, the Court directed the parties to submit a joint statement regarding case management and a proposed briefing schedule. (ECF No. 27.) On December 26, 2025, the parties filed a stipulation, which states:

> Petitioner will not file a Motion for Temporary Restraining order as Respondents argue that would be improper since he has been in custody for approximately six months. Instead, the parties agree to an expedited briefing schedule on an amended petition for habeas corpus. Petitioner will file his amended petition on or before January 2, 2026. Respondent will file their opposition on or before January 14, 2026. An optional reply, if any, shall be filed on or before January 16, 2026. The parties are available for a hearing if the Court so desires and at the Court's convenience anytime thereafter.

(ECF No. 30 at 1.) On December 26, 2025, Petitioner filed a first amended petition ("FAP"). (ECF No. 31.)

Accordingly, in light of the parties' stipulation, IT IS HEREBY ORDERED that:

1. The motion for temporary restraining order (ECF No. 4) is TERMINATED;
2. Respondents SHALL file a response to the FAP on or before January 14, 2026; and
3. Petitioner may file an optional reply on or before January 16, 2026.

IT IS SO ORDERED.

Dated:   **December 30, 2025**          /s/ Eric P. Gros-
                                        UNITED STATES MAGISTRATE JUDGE

2